# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __MURPHY et al__ | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO. 13-cv-11942-WGY |
| __MARCUS, ERRICO, EMMER & BROOKS, P.C.__ | |
| Defendant | |

## ORDER OF DISMISSAL

YOUNG,  D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1.

By the Court,

| | |
|---|---|
| May 20, 2014 | /s/ Jennifer Gaudet |
| Date | Deputy Clerk |

(4mdismissal.wpd  - 12/98)      [odism.]